IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01078-REB-MJW

RUSSELL J. MONTJOY,

Plaintiff(s),

v.

GENERAL DYNAMICS C4 SYSTEMS, INC., a Delaware Corporation,

Defendant(s).

## MINUTE  ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the parties' Joint Motion for Entry of Protective Order filed with the court December 14, 2010  [Docket No. **33**], is DENIED WITHOUT PREJUDICE.  It appears portions of pages of the proposed Stipulated Protective Order were inadvertently omitted, and are therefore incomplete for the Court's review.  The parties may file their Joint Motion for Entry of Protective Order and a proper proposed Protective Order.

Date:  December 16, 2010