IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01078-REB-MJW

RUSSELL J. MONTJOY,

Plaintiff(s),

v.

GENERAL DYNAMICS C4 SYSTEMS, INC., a Delaware Corporation,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Amended Joint Motion for Entry of Protective Order (docket no. 38) is GRANTED finding good cause shown. The written Stipulated Protective Order (docket no. 38-1) is APPROVED as amended in paragraphs 8 and 10 and made an Order of Court.

Date:   January 4, 2011