**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01078-REB–MJW

RUSSELL J. MONTJOY,

    Plaintiff,

v.

GENERAL DYNAMICS C4 SYTEMS, INC., a Delaware corporation,

    Defendant.

---

### MINUTE ORDER[1]

---

    The matter is before the court on **General Dynamics C4 Systems, Inc.'s Motion For Judgment on The Pleadings Plaintiff's Discharge Claims and Motion For Summary Judgment on Plaintiff's Remaining Claims** [#53] filed March 4, 2011. The motion is **STRICKEN** for failure to comply with REB Civ. Practice Standard V.B.1.

    Dated: March 7, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.