**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01078-REB–MJW

RUSSELL J. MONTJOY,

    Plaintiff,

v.

GENERAL DYNAMICS C4 SYTEMS, INC., a Delaware corporation,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on **General Dynamics C4 Systems, Inc.'s Motion For Leave To File an Amended Motion For Judgment on The Pleadings and an Amended Motion For Summary Judgment, in Compliance With Reb Civ. Practice Standards** [#56] filed March 8, 2011. The motion is **GRANTED** and the following documents are accepted for filing:

- **General Dynamics C4 Systems, Inc.'s Amended Motion For Judgment on The Pleadings** [#56-1];

- **General Dynamics C4 Systems, Inc.'s Amended Motion For Summary Judgment** [#56-2];

- **Exhibits 1-3 To The Motion For Summary Judgment** [#56-3];

- **Exhibit 4 To The Motion For Summary Judgment** [#56-4];

- **Exhibits 5-7 To The Motion For Summary Judgment** [#56-5]; and

- **Exhibits 8-18 To The Motion For Summary Judgment** [#56-6]

Dated: March 8, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.