IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01078-REB-MJW

RUSSELL J. MONTJOY,

Plaintiff(s),

v.

GENERAL DYNAMICS C4 SYSTEMS, INC., a Delaware Corporation,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Plaintiff's Motion for Stay of Execution of Order Regarding Attorney Fees and Costs Docket No. 83 [docket no. 84) is GRANTED as follows finding good cause shown. The Plaintiff shall have up to and including August 1, 2011, to pay the attorney fees in the amount of $4,550.00 and costs in the amount of $775.00 as outlined in docket no. 83.

Date: June 15, 2011