**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01078-REB–MJW

RUSSELL J. MONTJOY,

    Plaintiff,

v.

GENERAL DYNAMICS C4 SYTEMS, INC., a Delaware corporation,

    Defendant.

**MINUTE ORDER**[1]

    The **Defendant's Motion to Dismiss for Failure to Comply with Sanctions Order and Discovery Misconduct; and Motion to Make Sanctions Award a Joint and Several Obligation of Plaintiff and His Counsel** [#90] filed August 10, 2011, is **DENIED** as moot. In an order entered concurrently with this order, the court has approved and adopted the magistrate judge's recommendation that this case be dismissed with prejudice. Shortly after the defendant's motion [#90] was filed, the plaintiff filed a notice [#93] indicating that the plaintiff paid to the defendant the discovery sanction in question. The defendant has not filed an objection or other challenge to that notice [#93]. Therefore, the present motion [#90] is moot.

    Dated: March 12, 2012

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.